*AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V.<br>JO ANNE PAVAO, et al,<br>Defendants. | Case Number:    03:06-CV-319-ECR-VPC |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1) that plaintiff's motion for summary judgment (#56), is GRANTED;

    2) that defendants' motion for summary judgment (#57), is DENIED;

    3) that plaintiff's motion for summary judgment (#56), is GRANTED, as to defendant Jo Anne Pavao, individually, and as guardian of Cody Pavao;

    4) that plaintiff's motion for summary judgment (#56), is DENIED, as to the estate of Jake Pavao, without prejudice;

    5) defendant Lorna Russell was previously dismissed from this action.

```
✓   FILED          _____ RECEIVED
    _____ ENTERED   _____ SERVED ON
               COUNSEL/PARTIES OF RECORD

        FEB 2 1 2003

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:                       DEPUTY
```

February 21, 2008                         LANCE S. WILSON, CLERK
Date                                      Clerk

                                          *C. Dahler*
                                          (By) Deputy Clerk